**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-00569-LTB

DAVID M. BIELER,

    Plaintiff,

v.

[NO NAMED DEFENDANTS],

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on April 19, 2017, it is hereby

    ORDERED that Judgment is entered against Plaintiff.

    DATED at Denver, Colorado, this 19th day of April, 2017.

                  FOR THE COURT,

                  JEFFREY P. COLWELL, Clerk

                  By: s/D. Kalsow
                  Deputy Clerk